**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____   Chapter ___11___

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Hawthorne Food Company |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business* as names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 83-0817019 |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 117 Beaver Street, Suite 100<br>Waltham, MA 02452<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Middlesex<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.   Debtor's website (URL)** _____

**6.   Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | Hawthorne Food Company | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

Debtor    Hawthorne Food Company                                          Case number (if known) _____
_____
Name

**11.  Why is the case filed in this district?**    Check all that apply:

☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

Where is the property?   _____
                          Number, Street, City, State & ZIP Code

Is the property insured?

☐ No
☐ Yes.   Insurance agency   _____
          Contact name      _____
          Phone             _____

---

**■ Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Hawthorne Food Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___October 18 2024___
MM / DD / YYYY

X _William C. Deacon_
Signature of authorized representative of debtor

William Deacon
Printed name

Title ___CEO___

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date ___October 18 2024___
MM / DD / YYYY

Lee Harrington
Printed name

Ascendant Law Group, LLC
Firm name

2 Dundee Park Drive
Suite 102
Andover, MA 01810
Number, Street, City, State & ZIP Code

Contact phone   617-840-2755   Email address   lh@ascendantlawgroup.com

MA 643932
Bar number and State

Scanned with
CamScanner

**ACTION BY UNANIMOUS CONSENT IN WRITING**
**IN LIEU OF A MEETING OF**
**THE BOARD OF DIRECTORS**
**OF**
**HAWTHORNE FOOD COMPANY**

**Effective as of October 15, 2024**

The undersigned, constituting all of the members of the Board of Directors ("Board") of Hawthorne Food Company, a Delaware corporation ("Company"), by written consent, pursuant to the authority contained in Section 141(f) of the General Corporation Law of the state of Delaware, without the formality of convening a meeting, do hereby adopt and approve the following resolutions:

1.   **Approval of Chapter 11 Bankruptcy.**

**WHEREAS**, after due consideration, the Board believes it is desirable and in the best interest of the Company, and in the best interests of its creditors and other interested parties, that voluntary petitions be filed by the Company seeking relief under the provisions of Chapter 11 of title 11, United States Code (the "Chapter 11 Case"), 11 U.S.C. §§101 et seq. (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that Michael Wyse, the Chief Restructuring Officer of the Company (the "Chief Restructuring Officer"), and any and all other officers of the Company, as applicable, that are otherwise authorized by the Chief Restructuring Officer (collectively, the "Authorized Signatories") be, and each of them hereby are, authorized and empowered, on behalf of and in the name of the Company, to commence a Chapter 11 Case for the Company by executing and filing voluntary petitions for relief in the United States Bankruptcy Court for the District of Massachusetts (the "Bankruptcy Court") at such time as the Chief Restructuring Officer shall determine, and it is further

**RESOLVED**, that the Authorized Signatories be, and each of them hereby are, authorized, on behalf of and in the name of the Company, to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in the Chapter 11 Case; and it is further

**RESOLVED**, that the Authorized Signatories be, and each of them hereby are, authorized and directed, on behalf of and in the name of the Company, to retain the law firm of Ascendant Law Group LLC as bankruptcy and reorganization counsel to the Company in the Chapter 11 Case; and it is further

**RESOLVED,** that the Authorized Signatories be, and each of them hereby are, authorized and directed, on behalf of and in the name of the Company, to retain Wyse Advisors as financial advisor to the Company in connection with the Chapter 11 Case; and it is further

**RESOLVED,** that the Authorized Signatories be, and each of them hereby are, authorized and directed, on behalf of and in the name of the Company, to retain Epiq Systems as claims, noticing, solicitation, and administrative agent to the Company in connection with the Chapter 11 Case; and it is further

**RESOLVED,** that the Authorized Signatories, be, and each of them hereby are, authorized and empowered, on behalf of and in the name of the Company, to retain and employ any other attorneys, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist the Company in the Chapter 11 Case on such terms as are deemed necessary, proper or desirable; and it is further

**RESOLVED,** that the Company will obtain benefits from: (a) the use of collateral, including cash collateral, as that term is defined in Section 363(a) of the Bankruptcy Code (the "Cash Collateral"), and (b) the incurrence of debtor-in-possession financing (the "DIP Financing") on the terms presented to the Board; and it is further

**RESOLVED,** that in order to use and obtain the benefits of the (a) DIP Financing and (b) Cash Collateral, and in accordance with Section 363 of the Bankruptcy Code, the Company will provide certain prepetition lenders with adequate protection, and will provide the lenders of the DIP Financing with additional security, as documented in proposed interim and final orders (the "DIP Orders") to be submitted for approval to the Bankruptcy Court; and it is further

**RESOLVED,** that the form, terms, and provisions of the DIP Financing and the DIP Orders to which the Company are, or will be subject, and the actions and transactions contemplated thereby are authorized, adopted, and approved, and the Authorized Signatories are, authorized and empowered, on behalf of and in the name of the Company, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of, the DIP Financing and the DIP Order, and such other agreements, certificates, instruments, receipts, petitions, motions, or other papers or documents to which the Company is or will be a party, including, but not limited to, any security and pledge agreement or guaranty agreement (collectively with the DIP Order and the DIP Financing the "DIP Documents"), and incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, in the form or substantially in the form thereof submitted to the Board, with such changes, additions, and modifications thereto as the Authorized Signatories executing the same shall approve, such approval to be conclusively evidenced by such Authorized Signatories' execution and delivery thereof; and it is further

**RESOLVED**, that the Authorized Signatories are authorized and directed, and each of them acting alone is authorized, directed, and empowered, on behalf of and in the name of the Company, as a debtor and debtor in possession, to take such actions as in their discretion is determined to be necessary, desirable, or appropriate and execute the DIP Financing, including delivery of: (a) the DIP Documents and such agreements, certificates, instruments, fee letters, guaranties, notices, and any and all other documents, including, without limitation, any amendments to any DIP Documents; (b) such other instruments, certificates, notices, assignments, and documents as may be reasonably requested by the parties to the DIP Financing; and (c) such forms of account control agreements, lockbox agreements, landlord agreements, collateral access agreements, officer's certificates, and compliance certificates as may be required by the DIP Documents; and it is further

**RESOLVED**, that the Authorized Signatories are authorized, directed, and empowered, on behalf of and in the name of the Company, to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with the DIP Financing and all fees and expenses payable in connection with the DIP Financing and all fees and expenses incurred by or on behalf of the Company in connection with the foregoing resolutions, in accordance with the terms of the DIP Documents, which shall in their sole judgment be necessary, proper, or advisable to perform the Company's obligations under or in connection with the DIP Order or any of the other DIP Documents and the transactions contemplated therein and to carry out fully the intent of the foregoing resolutions; and it is further

**RESOLVED**, that the Authorized Signatories of the Company be, and each of them hereby are respectively authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record and/or perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other such documents and take any such actions as are, in their judgment, necessary, proper or desirable to prosecute the Chapter 11 Cases and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions.

2. **General.**

**RESOLVED**, that the Authorized Signatories of the Company be, and each of them hereby are, authorized and empowered for and on behalf of the Company, to (i) execute and deliver any and all applications, agreements, documents, instruments, and certificates; (ii) incur such costs and expenses; and (iii) do any and all acts and things that they deem, in the exercise of their discretion, necessary, desirable, or appropriate in connection with these resolutions, with the execution and delivery of such applications, agreements, documents, instruments, and certificates to constitute conclusive proof of the appropriateness of such

applications, agreements, documents, instruments, and certificates; and it is further

**RESOLVED**, that the Board hereby ratifies, approves, and confirms in all respects any and all actions taken on behalf of the Company by any officer, director, employee, agent, or attorney of, or acting on behalf of, the Company heretofore and in connection with the foregoing resolutions; and it is further

**RESOLVED**, that this unanimous consent may be executed in one or more counterparts, all of which together shall be deemed to be one and the same instrument.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

_William Deacon_

William Deacon

---

Mark Dimond

---

William Shen

CONSTITUTING ALL OF THE MEMBERS OF THE
BOARD OF DIRECTORS OF HAWTHORNE FOOD
COMPANY

applications, agreements, documents, instruments, and ...... further

**RESOLVED**, that the Board hereby ratifies, approves, and confirms in all respects any and all actions taken on behalf of the Company by any officer, director, employee, agent, or attorney of, or acting on behalf of, the Company heretofore and in connection with the foregoing resolutions; and it is further

**RESOLVED**, that this unanimous consent may be executed in one or more counterparts, all of which together shall be deemed to be one and the same instrument.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

William Deacon

Mark Dimond

William Shen

CONSTITUTING ALL OF THE MEMBERS OF THE
BOARD OF DIRECTORS OF HAWTHORNE FOOD
COMPANY

_____
William Deacon

_____
Mark Dimond

_____
William Shen


CONSTITUTING ALL OF THE MEMBERS OF THE
BOARD OF DIRECTORS OF HAWTHORNE FOOD
COMPANY

### United States Bankruptcy Court
#### District of Massachusetts

In re   Hawthorne Food Company _____

_____ Debtor(s)

Case No. _____

Chapter   11 _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Hawthorne Food Company   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Mondelez Global, LLC owns 22% of the Debtor's Common Stock

☐ None [*Check if applicable*]

October 18, 2024
_____
Date

_____
Signature of Attorney or Litigant
Counsel for   Hawthorne Food Company
Ascendant Law Group, LLC
2 Dundee Park Drive
Suite 102
Andover, MA 01810
 Fax:

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Eastern Division)

In re

**HAWTHORNE FOOD COMPANY,**

                                Debtor.

Chapter 11

Case No. _____

*EXECUTED FOR FILING*

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: October 18, 2024

Signed: _____
            William Deacon
            CEO

## United States Bankruptcy Court
### District of Massachusetts

In re   Hawthorne Food Company _____   Case No. _____
                                    Debtor(s)              Chapter   __11__

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

(See attached)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   October 18, 2024 _____        Signature   _William Deacon_____
                                                               William Deacon

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.



AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

## Series A Preferred Stock Ledger

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert. No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PA-1 | Series A Preferred | 37,498 | 08/02/18 | Mr. Sid, Inc. | Original Issue | N/A | (1) | | | | |
| PA-2 | Series A Preferred | 56,247 | 08/29/18 | 2G LLC | Original Issue | N/A | (1) | | | | |
| PA-3 | Series A Preferred | 74,996 | 08/29/18 | Mark and Courtney Kagan | Original Issue | N/A | (1) | | | | |
| PA-4 | Series A Preferred | 37,498 | 08/29/18 | E. James and Mary Etta Kroesser | Original Issue | N/A | (1) | | | | |
| PA-5 | Series A Preferred | 37,498 | 08/31/18 | Eric R. Goldman and Jackie L. Goldman | Original Issue | N/A | (1) | | | | |
| PA-6 | Series A Preferred | 11,249 | 09/13/18 | H. Ernest Stone | Original Issue | N/A | (1) | | | | |
| PA-7 | Series A Preferred | 11,249 | 09/13/18 | Ben Richard | Original Issue | N/A | (1) | | | | |
| PA-8 | Series A Preferred | 11,249 | 09/13/18 | Maura Fitzsimmons | Original Issue | N/A | (1) | | | | |
| PA-9 | Series A Preferred | 37,498 | 09/14/18 | Abrams Family LLC | Original Issue | N/A | (1) | | | | |

{WB43855Pv3 }

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

## Series A Preferred Stock Ledger

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert. No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PA-10 | Series A Preferred | 37,498 | 09/20/18 | Alternate Side LLC | Original Issue | N/A | (1) | | | | |
| PA-11 | Series A Preferred | 18,749 | 10/01/18 | Curtis Frank | Original Issue | N/A | (1) | | | | |
| PA-12 | Series A Preferred | 18,750 | 10/01/18 | Bertram Wolff Holman | Original Issue | N/A | (1) | | | | |
| PA-13 | Series A Preferred | 18,749 | 10/16/18 | Michael Creamer | Original Issue | N/A | (1) | | | | |
| PA-14 | Series A Preferred | 112,494 | 10/18/18 | Marc and Mary Lou Seidner | Original Issue | N/A | (1) | | | | |
| PA-15 | Series A Preferred | 18,749 | 10/23/18 | Lawrence Z. Webman | Original Issue | N/A | (1) | | | | |
| PA-16 | Series A Preferred | 18,749 | 10/18/18 | Gerry Tice | Original Issue | N/A | (1) | | | | |
| PA-17 | Series A Preferred | 18,749 | 10/29/18 | Patricia Mary Sins | Original Issue | N/A | (1) | | | | |
| PA-18 | Series A Preferred | 37,498 | 01/10/19 | BANKW Investments, LLC | Original Issue | N/A | (1) | | | | |
| PA-19 | Series A Preferred | 112,494 | 03/11/19 | Breitman Investments LP | Original Issue | N/A | (1) | | | | |
| | | | | | | | | | | | |

{WB438559v3 }

2

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

## Series A Preferred Stock Ledger

**NAME OF CORPORATION: HAWTHORNE FOOD COMPANY**

| Cert. No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | Total: | 727,461 | | | | | | | | | |

(1) Issued in connection with offering of up to 750,000 shares of the Company's Series A Convertible Preferred Stock, at a purchase price of $1.3334 per share, pursuant to the terms of a term sheet and Series A Convertible Preferred Subscription Agreement.

3

{WB43855v3 }

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

## Series B-1 Preferred Stock Ledger

## NAME OF CORPORATION:  HAWTHORNE FOOD COMPANY

| Cert. No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B1-1 | Series B-1 Preferred | 1,806,985 | 12/20/22 | Mondelez Global LLC | Original Issue | N/A | $6.7176 per share (1) | | | | |
| B1-2 | Series B-1 Preferred | 36,140 | 12/20/22 | Thomas and Heather M. Ford | Original Issue | N/A | $6.7176 per share (1) (2) | | | | |
| B1-3 | Series B-1 Preferred | 7,228 | 12/20/22 | Peter Richardson | Original Issue | N/A | $6.7176 per share (1) (3) | | | | |
| B1-4 | Series B-1 Preferred | 14,456 | 12/20/22 | David Kagan | Original Issue | N/A | $6.7176 per share (1) (4) | | | | |
| B1-5 Cancelled | Series B-1 Preferred | 21,684 | 12/20/22 | Greg Bruni | Original Issue | N/A | $6.7176 per share (1) (5) | | | | |
| B1-6 | Series B-1 Preferred | 72,279 | 12/20/22 | Salm Family Trust dated 8/1/2019 | Original Issue | N/A | $6.7176 per share (1) (6) | | | | |
| B1-7 Treasury | Series B-1 Preferred | 21,684 | 03/09/23 | Hawthorne Food Company | Greg Bruni | B1-5 | (7) | 03/09/23 | Hawthorne Food Company | B1-7 | (7) |
| | | | | | | | | | | | |

{WB811969v2 }

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE,
AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE,
OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK,
1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK,
580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND
727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

### Series B-1 Preferred Stock Ledger

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total: | 1,958,772 | | | | | | | | | |
| | Less Treasury: | <21,684> | | | | | | | | | |
| | Total Outstanding: | 1,937,088 | | | | | | | | | |

(1) Issued in connection with the Company's offering of up to $20.0 million of shares of Series B-1 Preferred Stock under the terms of a term sheet and that certain Series B Preferred Stock Purchase Agreement, dated December 20, 2022, between the Company and the investors named therein.

(2) Exchange of Subordinated Term Note, dated September 20, 2022, in the principal amount of $250,000.

(3) Exchange of Subordinated Term Note, dated September 23, 2022, in the principal amount of $50,000.

(4) Exchange of Subordinated Term Note, dated October 20, 2022, in the principal amount of $100,000.

(5) Exchange of Subordinated Term Note, dated September 22, 2022, in the principal amount of $150,000.

(6) Exchange of Subordinated Term Note, dated September 20, 2022, in the principal amount of $500,000.

(7) The Company previously issued to Greg Bruni ("Bruni") a Subordinated Term Note, dated September 22, 2022 ("Note"). Pursuant to the terms of that certain Settlement Agreement and Release, dated March 9, 2023 (the "Agreement"), the Note was repaid by the Company to Bruni, provided, however, prior to the Effective Date (as defined in the Agreement), in connection with that certain Series B Preferred Stock Purchase Agreement, dated December 20, 2022, and that certain Subordinated Term Note Exchange letter agreement, of even date therewith, the Note converted into 21,684 shares of Series B-1 Preferred Stock (the "Shares"). To memorialize the understanding under the Agreement, effective as of the date of the Effective Date, Bruni sold, conveyed, assigned, and transferred the Shares to the Company.

{WB811969v2 }

2

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

### Series B-2 Preferred Stock Ledger

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert. No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B2-1 | Series B-2 Preferred | 4,231 | 12/20/22 | William and Linda Deacon | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-2 | Series B-2 Preferred | 1,911 | 12/20/22 | William and Lauren Moran | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-3 | Series B-2 Preferred | 19,414 | 12/20/22 | E. James and Mary Etta Kroesser | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-4 | Series B-2 Preferred | 19,468 | 12/20/22 | Alternate Side LLC | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-5 | Series B-2 Preferred | 19,317 | 12/20/22 | Peter Richardson | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-6 | Series B-2 Preferred | 10,678 | 12/20/22 | Sarah Kroesser Nichols and Chris Nichols | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-7 | Series B-2 Preferred | 19,903 | 12/20/22 | Ground Squirrel Ventures, LLC | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |

{WB812014v1 }

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

## Series B-2 Preferred Stock Ledger

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B2-8 | Series B-2 Preferred | 9,917 | 12/20/22 | The John A. Tompkins Declaration of Trust | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-9 | Series B-2 Preferred | 4,970 | 12/20/22 | Adam and Michelle Prychidny | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-10 | Series B-2 Preferred | 19,861 | 12/20/22 | Eric and Catherine M. Patel | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-11 | Series B-2 Preferred | 9,860 | 12/20/22 | Peter J. Burns | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-12 | Series B-2 Preferred | 4,922 | 12/20/22 | Michael and Danielle Barraco | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-13 | Series B-2 Preferred | 40,934 | 12/20/22 | Transform Capital I, L.P. | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-14 | Series B-2 Preferred | 57,178 | 12/20/22 | Transform Capital II, L.P. | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-15 | Series B-2 Preferred | 49,056 | 12/20/22 | Gratia Holdings No. 2, LLC | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |

{WB812014v1 }

2

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

### Series B-2 Preferred Stock Ledger

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert No. | Class | Date Issued | No. of Shares | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B2-16 | Series B-2 Preferred | 12/20/22 | 4,906 | Kevin Krouse | Original Issue | N/A | $5.5341 per share (1)(2) | | | | |
| B2-17 | Series B-2 Preferred | 12/20/22 | 981 | Arif Fazal | Original Issue | N/A | $5.5341 per share (1)(2) | | | | |
| B2-18 | Series B-2 Preferred | 12/20/22 | 29,423 | Elson Family Trust dated 10/17/2013 | Original Issue | N/A | $5.5341 per share (1)(2) | | | | |
| B2-19 | Series B-2 Preferred | 12/20/22 | 1,962 | Aihui Ong | Original Issue | N/A | $5.5341 per share (1)(2) | | | | |
| B2-20 | Series B-2 Preferred | 12/20/22 | 98,077 | Enlightened Access Capital 2 LLC | Original Issue | N/A | $5.5341 per share (1)(2) | | | | |
| B2-21 | Series B-2 Preferred | 12/20/22 | 1,962 | Curt Fischer and Elizabeth Yin, as Trustees of the Finisher Trust dated January 4, 2019 | Original Issue | N/A | $5.5341 per share (1)(2) | | | | |
| B2-22 | Series B-2 Preferred | 12/20/22 | 9,782 | Josh Kelly Overhay | Original Issue | N/A | $5.5341 per share (1)(2) | | | | |
| B2-23 | Series B-2 Preferred | 12/20/22 | 146,543 | Hamlin Arthur Group LLC | Original Issue | N/A | $5.5341 per share (1)(2) | | | | |

{WB8120140v1 }

3

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

## Series B-2 Preferred Stock Ledger

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert No. | Class | Date Issued | No. of Shares | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B2-24 | Series B-2 Preferred | 12/20/22 | 39,037 | Matthew LaCasse | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-25 | Series B-2 Preferred | 12/20/22 | 97,574 | LMS Ventures, L.P. | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-26 | Series B-2 Preferred | 12/20/22 | 97,436 | Eastward Investors, LLC | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-27 | Series B-2 Preferred | 12/20/22 | 291,995 | Mondelez Global LLC | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-28 | Series B-2 Preferred | 12/20/22 | 19,466 | Jags Holdings LLC | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-29 | Series B-2 Preferred | 12/20/22 | 19,466 | A&J Popcorn Holdings, LLC | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-30 | Series B-2 Preferred | 12/20/22 | 48,657 | Propeller Capital, LLC | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-31 | Series B-2 Preferred | 12/20/22 | 5,809 | Timothy Buskey | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |

4

{WB81201v1 }

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

## Series B-2 Preferred Stock Ledger

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B2-32 | Series B-2 Preferred | 96,517 | 12/20/22 | AF Fund III, L.P. | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-33 | Series B-2 Preferred | 48,536 | 12/20/22 | Thomas and Heather M. Ford | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-34 | Series B-2 Preferred | 2,912 | 12/20/22 | David and Stephanie Kohn | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-35 | Series B-2 Preferred | 38,829 | 12/20/22 | Janica Lane Living Trust | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-36 | Series B-2 Preferred | 3,883 | 12/20/22 | William and Jill Tobin | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-37 | Series B-2 Preferred | 3,883 | 12/20/22 | Thomas and Carol McGovern | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-38 | Series B-2 Preferred | 8,736 | 12/20/22 | Jon J. Moses and Caroline Moses | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-39 | Series B-2 Preferred | 19,414 | 12/20/22 | Ricks Family Ventures LLC | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |

{WB812014v1 }

5

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

### Series B-2 Preferred Stock Ledger

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B2-40 | Series B-2 Preferred | 7,680 | 12/20/22 | Jules Pieri and Andrew Beja | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| B2-41 | Series B-2 Preferred | 27,091 | 12/20/22 | Greg Bruni | Original Issue | N/A | $5.5341 per share (1) (2) | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| Total: | | 1,462,177 | | | | | | | | | |

(1)  Issued in connection with the Company's offering of up to $20.0 million of shares of Series B-2 Preferred Stock under the terms of a term sheet and that certain Series B Preferred Stock Purchase Agreement, dated December 20, 2022, between the Company and the investors named therein.

(2)  Conversion of Convertible Subordinated Promissory Note previously issued by the Company with a $45.0 million pre-money valuation cap.

6

{WB812014v1 }

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

### Series B-3 Preferred Stock Ledger

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert. No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B3-1 | Series B-3 Preferred | 39,908 | 12/20/22 | Mark and Courtney Kagan | Original Issue | N/A | $2.2938 per share (1) (2) | | | | |
| B3-2 | Series B-3 Preferred | 75,098 | 12/20/22 | 2G LLC | Original Issue | N/A | $2.2938 per share (1) (2) | | | | |
| B3-3 | Series B-3 Preferred | 52,909 | 12/20/22 | E. James and Mary Etta Kroesser | Original Issue | N/A | $2.2938 per share (1) (2) | | | | |
| B3-4 | Series B-3 Preferred | 79,753 | 12/20/22 | Alternate Side LLC | Original Issue | N/A | $2.2938 per share (1) (2) | | | | |
| B3-5 | Series B-3 Preferred | 26,977 | 12/20/22 | Christopher D. Strang | Original Issue | N/A | $2.2938 per share (1) (2) | | | | |
| B3-6 | Series B-3 Preferred | 13,416 | 12/20/22 | Michael S. and Patricia M. Lucy | Original Issue | N/A | $2.2938 per share (1) (2) | | | | |
| B3-7 | Series B-3 Preferred | 26,798 | 12/20/22 | Jonathan Janes | Original Issue | N/A | $2.2938 per share (1) (2) | | | | |

{WB813238v1 }

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

## Series B-3 Preferred Stock Ledger

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B3-8 | Series B-3 Preferred | 26,643 | 12/20/22 | Thomas and Heather M. Ford | Original Issue | N/A | $2.2938 per share (1) (2) | | | | |
| B3-9 | Series B-3 Preferred | 13,319 | 12/20/22 | Richard E. Libby Revocable Trust | Original Issue | N/A | $2.2938 per share (1) (2) | | | | |
| B3-10 | Series B-3 Preferred | 21,023 | 12/20/22 | Judith F. Hanson | Original Issue | N/A | $2.2938 per share (1) (2) | | | | |
| B3-11 | Series B-3 Preferred | 23,589 | 12/20/22 | Edward D. Dick | Original Issue | N/A | $2.2938 per share (1) (2) | | | | |
| B3-12 | Series B-3 Preferred | 26,626 | 12/20/22 | Peter Richardson | Original Issue | N/A | $2.2938 per share (1) (2) | | | | |
| B3-13 | Series B-3 Preferred | 20,908 | 12/20/22 | Christopher W. Dick | Original Issue | N/A | $2.2938 per share (1) (2) | | | | |
| B3-14 | Series B-3 Preferred | 13,301 | 12/20/22 | Sarah Kroesser Nichols and Chris Nichols | Original Issue | N/A | $2.2938 per share (1) (2) | | | | |
| B3-15 | Series B-3 Preferred | 78,904 | 12/20/22 | Joshua A. Lutzker Revocable Trust | Original Issue | N/A | $2.2938 per share (1) (2) | | | | |

{WB813238v1 }

2

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

### Series B-3 Preferred Stock Ledger

| Cert No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B3-16 | Series B-3 Preferred | 13,278 | 12/20/22 | Kevin and Rosemarie Bottomley | Original Issue | N/A | $2.2938 per share (1) (2) | | | | |
| B3-17 | Series B-3 Preferred | 10,620 | 12/20/22 | Leigh Holdings LLC | Original Issue | N/A | $2.2938 per share (1) (2) | | | | |
| B3-18 | Series B-3 Preferred | 5,290 | 12/20/22 | David and Stephanie Kohn | Original Issue | N/A | $2.2938 per share (1) (2) | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | Total: | 568,360 | | | | | | | | | |

(1)   Issued in connection with the Company's offering of up to $20.0 million of shares of Series B-1 Preferred Stock, under the terms of a term sheet and that certain Series B Preferred Stock Purchase Agreement, dated December 20, 2022, between the Company and the investors named therein.

(2)   Conversion of Convertible Subordinated Promissory Note previously issued by the Company with a $12.0 million pre-money valuation cap.

3

{WB81323v1 }

## Common Stock Ledger

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert. No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Cancelled | Common Stock | 153,000 | 06/05/18 | Garrett Harker | Original Issue | N/A | (1) | 10/01/18 | Hawthorne Food Company (48,000 Shares) | 26 | (3) |
| | | | | | | | | | Garrett Harker (105,000 Shares) | 27 | |
| 2 Cancelled | Common Stock | 229,500 | 06/05/18 | Garrett Harker | Original Issue | N/A | (1) | 10/01/18 | Hawthorne Food Company (72,000 Shares) | 26 | (3) |
| | | | | | | | | | Garrett Harker (157,500 Shares) | 28 | |
| 3 Cancelled | Common Stock | 306,000 | 06/05/18 | Garrett Harker | Original Issue | N/A | (1) | 10/01/18 | Hawthorne Food Company (96,000 Shares) | 26 | (3) |
| | | | | | | | | | Garrett Harker (210,000 Shares) | 29 | |
| 4 Cancelled | Common Stock | 382,500 | 06/05/18 | Garrett Harker | Original Issue | N/A | (1) | 10/01/18 | Hawthorne Food Company (120,000 Shares) | 26 | (3) |
| | | | | | | | | | Garrett Harker (262,500 Shares) | 30 | |

{WB42599l v11 }

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

## Common Stock Ledger

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 Cancelled | Common Stock | 459,000 | 06/05/18 | Garrett Harker | Original Issue | N/A | (1) | 10/01/18 | Hawthorne Food Company (144,000 Shares) | 26 | (3) |
| | | | | | | | | | Garrett Harker (315,000 Shares) | 31 | |
| 6 | Common Stock | 49,500 | 06/05/18 | William Deacon | Original Issue | N/A | (1) | | | | |
| 7 | Common Stock | 74,250 | 06/05/18 | William Deacon | Original Issue | N/A | (1) | | | | |
| 8 | Common Stock | 99,000 | 06/05/18 | William Deacon | Original Issue | N/A | (1) | | | | |
| 9 | Common Stock | 123,750 | 06/05/18 | William Deacon | Original Issue | N/A | (1) | | | | |
| 10 | Common Stock | 148,500 | 06/05/18 | William Deacon | Original Issue | N/A | (1) | | | | |
| 11 Cancelled | Common Stock | 49,500 | 06/05/18 | Mark Dimond | Original Issue | N/A | (1) | 12/08/22 | William Deacon (12,500 Shares) | 55 | Transfer |
| | | | | | | | | | Mark Dimond (37,000 Shares) | 56 | |
| 12 | Common Stock | 74,250 | 06/05/18 | Mark Dimond | Original Issue | N/A | (1) | | | | |
| 13 | Common Stock | 99,000 | 06/05/18 | Mark Dimond | Original Issue | N/A | (1) | | | | |
| 14 | Common Stock | 123,750 | 06/05/18 | Mark Dimond | Original Issue | N/A | (1) | | | | |
| 15 | Common Stock | 148,500 | 06/05/18 | Mark Dimond | Original Issue | N/A | (1) | | | | |

{WB4259911v11 }

2

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

## Common Stock Ledger

NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 Cancelled | Common Stock | 48,000 | 06/05/18 | Mark Howell | Original Issue | N/A | (1) | 12/03/20 | Howell Family Trust 2/27/2004 | 40 | Transfer |
| 17 Cancelled | Common Stock | 72,000 | 06/05/18 | Mark Howell | Original Issue | N/A | (1) | 05/27/20 | Mark Howell (66,000 Shares) | 32 | (4) |
|  |  |  |  |  |  |  |  |  | Hawthorne Food Company (6,000 Shares) | 33 | (4) |
| 18 Cancelled | Common Stock | 96,000 | 06/05/18 | Mark Howell | Original Issue | N/A | (1) | 05/27/20 | Hawthorne Food Company | 33 | (4) |
| 19 Cancelled | Common Stock | 120,000 | 06/05/18 | Mark Howell | Original Issue | N/A | (1) | 05/27/20 | Hawthorne Food Company | 33 | (4) |
| 20 Cancelled | Common Stock | 144,000 | 06/05/18 | Mark Howell | Original Issue | N/A | (1) | 05/27/20 | Hawthorne Food Company | 33 | (4) |
| 21 Cancelled | Common Stock | 48,000 | 10/01/18 | Lauren Moran | Original Issue | N/A | (2) | 12/09/21 | William Deacon (12,500 Shares) | 57 | Transfer |
|  |  |  |  |  |  |  |  |  | Lauren Moran (35,500 Shares) | 58 |  |
| 22 | Common Stock | 72,000 | 10/01/18 | Lauren Moran | Original Issue | N/A | (2) |  |  |  |  |
| 23 | Common Stock | 96,000 | 10/01/18 | Lauren Moran | Original Issue | N/A | (2) |  |  |  |  |
| 24 | Common Stock | 120,000 | 10/01/18 | Lauren Moran | Original Issue | N/A | (2) |  |  |  |  |

{WB425991v11 }

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

## Common Stock Ledger

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | Common Stock | 144,000 | 10/01/18 | Lauren Moran | Original Issue | N/A | (2) | | | | |
| 26 Treasury | Common Stock | 480,000 | 10/01/18 | Hawthorne Food Company | Garrett Harker | 1 (48,000 Shares); 2 (72,000 Shares); 3 (96,000 Shares); 4 (120,000 Shares); 5 (144,000 Shares) | (3) | | | | |
| 27 | Common Stock | 105,000 | 10/01/18 | Garrett Harker | Garrett Harker | 1 (Balance following tender of 48,000 Shares to Company) | (3) | | | | |

{WB425991v1 }

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

## Common Stock Ledger

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert. No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 Cancelled | Common Stock | 157,500 | 10/01/18 | Garrett Harker | Garrett Harker | 2 (Balance following tender of 72,000 Shares to Company) | (3) | 05/31/20 | Garrett Harker (144,375 Shares) | 34 | (5) |
|  |  |  |  |  |  |  |  |  | Hawthorne Food Company (13,125 Shares) | 36 |  |
| 29 Cancelled | Common Stock | 210,000 | 10/01/18 | Garrett Harker | Garrett Harker | 3 (Balance following tender of 96,000 Shares to Company) | (3) | 05/31/20 | Garrett Harker | 35 | (5) |
| 30 Cancelled | Common Stock | 262,500 | 10/01/18 | Garrett Harker | Garrett Harker | 4 (Balance following tender of 120,000 Shares to Company) | (3) | 05/31/20 | Garrett Harker (262,125 Shares) | 35 | (5) |
|  |  |  |  |  |  |  |  |  | Hawthorne Food Company (375 Shares) | 36 |  |

5

{WB42599v11}

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

## Common Stock Ledger

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert. No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 Cancelled | Common Stock | 315,000 | 10/01/18 | Garrett Harker | Garrett Harker | 5 (Balance following tender of 144,000 Shares to Company) | (3) | 05/31/20 | Hawthorne Food Company | 36 | (5) |
| 32 Cancelled | Common Stock | 66,000 | 05/27/20 | Mark Howell | Mark Howell | 17 | (4) | 12/03/20 | Howell Family Trust 2/27/2004 | 40 | Transfer |
| 33 Treasury | Common Stock | 366,000 | 05/27/20 | Hawthorne Food Company | Mark Howell | 17-20 | (4) | | | | |
| 34 | Common Stock | 144,375 | 05/31/20 | Garrett Harker | Garrett Harker | 28 | (5) | | | | |
| 35 | Common Stock | 472,125 | 05/31/20 | Garrett Harker | Garrett Harker | 29 (210,000 Shares) 30 (262,125 Shares) | (5) | | | | |

6

{WB4259991v11 }

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

## Common Stock Ledger

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 Treasury | Common Stock | 328,500 | 05/31/20 | Hawthorne Food Company | Garrett Harker | 28 (13,125 Shares) | (5) | | | | |
| | | | | | | 30 (375 Shares) | | | | | |
| | | | | | | 31 (315,000 Shares) | | | | | |
| 37 | Common Stock | 226,500 | 05/31/20 | William Deacon | Original Issue | N/A | (6) | | | | |
| 38 | Common Stock | 226,500 | 05/31/20 | Mark Dimond | Original Issue | N/A | (6) | | | | |
| 39 | Common Stock | 241,500 | 05/31/20 | Lauren Moran | Original Issue | N/A | (6) | | | | |
| 40 | Common Stock | 114,000 | 12/03/20 | Howell Family Trust 2/27/2004 | Mark Howell | 16 48,000 shares | Transfer | | | | |
| | | | | | | 32 66,000 shares | | | | | |
| 41 | Common Stock | 31,298 | 02/10/21 | Ricks Family Ventures LLC | Original Issue | N/A | $0.639 per share (7) | | | | |
| 42 | Common Stock | 15,648 | 10/19/21 | 2G LLC | Original Issue | N/A | $0.639 per share (8) | | | | |

7

{WB425991v11 }

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE, AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE, OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK, 1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK, 580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND 727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

## Common Stock Ledger

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | Common Stock | 7,824 | 10/29/21 | BankW Investments, LLC | Original Issue | N/A | $0.639 per share (9) | | | | |
| 44 | Common Stock | 3,130 | 10/29/21 | Bruce and Theresa Reed | Original Issue | N/A | $0.639 per share (10) | | | | |
| 45 | Common Stock | 15,649 | 10/31/21 | E. Herrick Nominee Trust | Original Issue | N/A | $0.639 per share (11) | | | | |
| 46 | Common Stock | 7,824 | 10/31/21 | Eric J Gregg Revocable Trust | Original Issue | N/A | $0.639 per share (12) | | | | |
| 47 | Common Stock | 3,912 | 10/31/21 | Cyrus W Gregg Trust | Original Issue | N/A | $0.639 per share (13) | | | | |
| 48 | Common Stock | 15,648 | 12/24/21 | Eric J Gregg Revocable Trust | Original Issue | N/A | $0.639 per share (14) | | | | |
| 49 | Common Stock | 27,386 | 12/24/21 | E. Herrick Nominee Trust | Original Issue | N/A | $0.639 per share (15) | | | | |
| 50 | Common Stock | 3,912 | 12/24/21 | Cyrus W Gregg Revocable Trust | Original Issue | N/A | $0.639 per share (16) | | | | |
| 51 | Common Stock | 3,912 | 12/27/21 | James J. Horne | Original Issue | N/A | $0.639 per share (17) | | | | |
| 52 | Common Stock | 15,649 | 10/28/21 | David Kagan | Original Issue | N/A | $0.639 per share (18) | | | | |

8

**Common Stock Ledger**

AUTHORIZED TO ISSUE 15,000,000 SHARES OF COMMON STOCK, $0.0001 PAR VALUE PER SHARE,
AND 10,000,000 SHARES OF PREFERRED STOCK, $0.0001 PAR VALUE PER SHARE,
OF WHICH 4,000,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-1 PREFERRED STOCK,
1,500,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-2 PREFERRED STOCK,
580,000 SHARES HAVE BEEN DESIGNATED AS SERIES B-3 PREFERRED STOCK, AND
727,461 SHARES HAVE BEEN DESIGNATED AS SERIES A PREFERRED STOCK

## NAME OF CORPORATION: HAWTHORNE FOOD COMPANY

| Cert No. | Class | No. of Shares | Date Issued | Stockholder's Name | From Whom Transferred | Old Cert. No. | Consideration Paid | Date Transferred | To Whom Transferred | New Cert. No. | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | Common Stock | 15,649 | 10/28/21 | Mark and Courtney Kagan | Original Issue | N/A | $0.639 per share (19) | | | | |
| 54 | Common Stock | 151 | 10/06/22 | Thomas Frisiello | Original Issue | N/A | Exercise of Stock Options $6.88 per share | | | | |
| 55 | Common Stock | 12,500 | 12/08/22 | William Deacon | Mark Dimond | 11 | Transfer | | | | |
| 56 | Common Stock | 37,000 | 12/08/22 | Mark Dimond | Mark Dimond (Balance following transfer of 12,500 shares to William Deacon) | 11 | Transfer | | | | |
| 57 | Common Stock | 12,500 | 12/09/22 | William Deacon | Lauren Moran | 21 | Transfer | | | | |
| 58 | Common Stock | 35,500 | 12/09/22 | Lauren Moran | Lauren Moran (Balance following transfer of 12,500 shares to William Deacon) | 21 | Transfer | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| **Total:** | | 4,342,092 | | | | | | | | | |
| **Less Treasury:** | | <1,174,500> | | | | | | | | | |
| **Total Outstanding:** | | 3,167,592 | | | | | | | | | |

{WB425991v11 }

9

(1) Pursuant to Restricted Stock Purchase Agreement, dated June 5, 2018, between the Company and the Stockholder.

(2) Pursuant to Restricted Stock Purchase Agreement, dated October 1, 2018, between the Company and the Stockholder.

(3) Mr. Harker and the Company entered that certain Restricted Stock Repurchase Agreement, dated June 5, 2018, pursuant to which Mr. Harker purchased 1,530,000 shares of common stock from the Company (the "Original Shares"). On October 1, 2018, Mr. Harker voluntarily tendered an aggregate of 480,000 of the Original Shares back to the Company. The remaining 1,050,000 shares of common stock (the "Remaining Shares") held by Mr. Harker shall vest pursuant to the terms of that certain First Amendment to Restricted Stock Purchase Agreement, dated October 1, 2018, between the Company and Mr. Harker.

(4) Mr. Howell resigned as a service provider effective as of May 1, 2020. Pursuant to Article V of that certain Restricted Stock Purchase Agreement, dated June 5, 2018, between the Company and Mr. Howell, the Company exercised its Unvested Share Repurchase Right to repurchase 366,000 Unvested Shares at a price of $0.0001 per share.

(5) On May 31, 2020, Mr. Harker voluntarily tendered an aggregate of 328,500 of the Remaining Shares back to the Company. See Footnote 3 above. The remaining 721,500 shares of common stock held by Mr. Harker shall vest pursuant to the terms of that certain Second Amendment to Restricted Stock Purchase Agreement, dated May 31, 2020, between the Company and Mr. Harker.

(6) Pursuant to Restricted Stock Purchase Agreement, dated May 31, 2020, between the Company and the Stockholder.

(7) Exercise of warrants to purchase (i) 15,649 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-25, dated December 7, 2020, and (ii) 15,649 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-33, dated December 28, 2020.

(8) Exercise of warrants to purchase (i) 7,824 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-5, dated October 1, 2020, and (ii) 7,824 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-28, dated December 8, 2020.

(9) Exercise of warrants to purchase 7,824 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-6, dated October 1, 2020.

(10) Exercise of warrants to purchase 3,132 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-24, dated December 7, 2020.

(11) Exercise of warrants to purchase 15,649 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-3, dated October 1, 2020.

(12) Exercise of warrants to purchase 7,824 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-4, dated October 1, 2020.

(13) Exercise of warrants to purchase 3,912 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-8, dated October 1, 2020.

(14) Exercise of warrants to purchase (i) 7,824 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-13, dated October 14, 2020, (ii) 3,912 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-26, dated December 7, 2020, and (iii) 3,912 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-31, dated December 24, 2020.

(15) Exercise of warrants to purchase (i) 19,562 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-16, dated October 22, 2020, (ii) 3,912 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-27, dated December 7, 2020, and (iii) 3,912 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-32, dated December 24, 2020.

(16) Exercise of warrants to purchase 3,912 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-14, dated October 15, 2020.

(17) Exercise of warrants to purchase 3,912 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-17, dated November 18, 2020.

(18) Exercise of warrants to purchase 15,649 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-11, dated October 1, 2020.

(19) Exercise of warrants to purchase 15,649 shares of Common Stock pursuant to Warrant for the Purchase of Shares of Common Stock No. CW-12, dated October 1, 2020.

10

{WB42599\v1 }

Fill in this information to identify the case:

| Debtor name | Hawthorne Food Company |
|---|---|
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Beaver Group 411 Waverley Oaks Rd. Suite 340 Waltham, MA 02452 | | Trade debt | | | | $258,756.69 |
| Caruso 3465 Hauck Rd. Cincinnati, OH 45241 | | Trade debt | | | | $123,432.71 |
| Core X (RLS) Rt. 73 South Mount Laurel, NJ 08054 | | Trade debt | | | | $150,232.38 |
| Coyote Logistics Po Box 742636 Atlanta, GA 30374 | | Trade debt | | | | $144,995.12 |
| DHL 12868 Collections Center Dr. Chicago, IL 60693-2868 | | Trade debt | | | | $340,101.57 |
| Ditsch 311 Northland Blvd Cincinnati, OH 45246 | | Trade debt | | | | $4,471,891.76 |
| Duffy Properties 425 Waverley Oaks Rd. Suite 206 Waltham, MA 02452 | | Trade debt | | | | $172,137.76 |
| FedEx PO Box 371461 Pittsburgh, PA 15250-7416 | | Trade debt | | | | $728,227.37 |
| Google 160 Amphitheater Pkwy, Mountain View, CA 94043 | | Trade debt | | | | $862,382.34 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | Hawthorne Food Company | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Learnfield PO Box 843038 Kansas City, MO 64184 | | Trade debt | | | | $89,900.00 |
| LogiWorld 56 Pembroke Woods Dr. Pembroke, MA 02359 | | Trade debt | | | | $111,217.58 |
| Nixon Peabody LLP 1300 Clinton Sq. Rochester, NY 14604 | | Legal Fees | | | | $110,196.15 |
| PFS 185 Progress Place Cincinnati, OH 45246 | | Trade debt | | | | $79,063.21 |
| Propeller Industries 1 World Trade Center, Floor 21, 285 Fulton St. New York, NY 10007 | | Trade debt | | | | $110,653.44 |
| SourcePak 19 Alexander Rd. Suite 5 Billerica, MA 01821 | | Trade debt | | | | $380,084.86 |
| UPS PO Box 650116 Dallas, TX 75265-0116 | | Trade debt | | | | $442,780.08 |
| Weiss Brown 6263 N. Scottsdale Rd. Suite 340 Scottsdale, AZ 85250 | | Legal Fees | | | | $370,513.50 |
| Wyse Advisors 51 JFK Parkway Short Hills, NJ 07078 | | Trade debt | | | | $260,000.00 |
| Xperience Marketing 26070 Towne Centre Dr., Suite 100 Foothill Ranch, CA 92610 | | Trade debt | | | | $107,276.09 |
| Zartran Logistics 15950 N Dallas Pkwy Dallas, TX 75248 | | Trade debt | | | | $82,938.56 |